```
 1  James A McKee
    PO BOX 1025
 2  Boulder, CO 80306

 3  Plaintiff
```

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 MAR 11  PM 1:02

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

16-CV-00594

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

COUNTY OF DENVER

| James A McKee, | ) CASE NO. |
|---|---|
| Plaintiff, | ) |
| | ) ACTION FOR TRESSPASS ON |
| Vs. | ) THE CASE |
| | ) |
| Broker Match, Inc., | ) |
| | ) VERIFIED |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## FIRST CAUSE OF ACTION – TRESPASS ON THE CASE

### PARTIES

1. I am James A McKee, one of the people of Colorado, and in this court of record complain of Broker Match, Inc., a corporation who is summoned to answer the said Plaintiff in a plea of trespass on the case, to wit:

# INTRODUCTION

2. Beginning January 12, 2016, I started to receive unsolicited telephone calls to my private Colorado based telephone number. These calls were to market some sort of Home refinancing products and originated from the entity RefinanceRate.com dba. Broker Match, Inc., and/or the telemarketing agency they use to generate sales leads.

3. A total of 25 calls were received between January 12 and February 8, 2016. These calls were logged in my telephone voice mail call log. Though none of the calls were answered and went to voice mail, no messages were left.

4. In calling the number back, I obtained information that identified the entity as refinancerate.com formerly brokermatch.com. I also mentioned to have my number removed immediately from their lead database.

5. Network Solutions Whois search information lists Broker Match, Inc. as the registrant for both websites.

6. That all 25 calls placed to me were in direct violation of Federal and Colorado State law including the Federal Do Not Call Registry and Colorado No Call Act.

7. That after writing an affidavit and demand letter on February 9, 2016 and mailing with official service, never heard from the recipient again.

## SPECIFICS

8. That I am the owner of telephone number (303)258-1000, a Colorado based telephone number and have owned this number for approximately 15 ½ years.

9. That from January 12, 2016 to February 8, 2016, I received 25 unsolicited phone calls from telephone number caller ID reported (805)619-5368.

10. That these unsolicited phone calls were to offer some sort of mortgage refinancing product and/or services. I have never inquired with this entity or any affiliate regarding interest in mortgage or personal loans and that the nature of these calls are completely unsolicited and unwanted.

11. I have been registered with the Federal Do Not Call Registry since April 21, 2005 (see exhibit "A") and Colorado State No-Call List since July 7, 2005 (see exhibit "B"). That though I did not answer these unsolicited calls, my voice mail system logged and time-stamped each call (see exhibit "C"). There were no messages left for any of these calls.

12. That on February 9, 2016 after being frustrated with the constant bombardment of the unsolicited marketing calls, I placed a call to the above mentioned number to investigate the caller and obtain any identifying information as to the source. I placed this call from a Skype connection so as to not reveal my identity to an unknown and suspected scammer.

13. A person did answer and though did not identify the company name, I asked if they had a website and they replied "refinancerate.com" I played along for a moment and eluded that I must have misspelled the website. They informed me that they were formerly brokermatch.com, to use the new website refinancerate.com.

14. I then immediately told the gentleman that I was on the Federal Do Not Call List as well as the Colorado No Call List and to remove my information at once. The gentlemen replied "Thank You" and then disconnected the call.

15. Network Solutions whois information reports that the registrant for both websites brokermatch.com and refinancerate.com belong to Broker Match Inc., a California based corporation (see exhibit "D")

16. In cross referencing the inbound caller, I found numerous websites complaining of the same issue, some of which, named Broker Match as the offending party (see exhibit "D").

17. California Secretary of State records show the Owner and/or Agent as Bill McCoy.

18. On February 9, 2016, I sent an affidavit and demand letter to Mr. McCoy (see exhibit "F" for proof of mailing). I gave 14 days to respond. I never heard from Mr. McCoy, or any persons on his behalf.

### SECOND CAUSE OF ACTION - TRESPASS ON THE CASE

19. Paragraphs 1 through 18 of FIRST CAUSE OF ACTION are included by reference as though fully stated herein.

20. The TCPA and Federal Do Not Call Registry requires telemarketers to follow specific guidelines concerning telephone subscribers that do not wish to be called, and specifies minimum statutory damages in the event of violations of the regulations.

21. The defendant willfully and knowingly violated Federal Statutes and Regulations set forth by the TCPA, and Federal Do Not call Registry in each instance. 47 USC 227(c)(5) states that if the court finds the defendant willfully or knowingly violated the regulations prescribed under this subsection, "triple damages may be awarded".

22. The defendant willfully and knowingly violated Colorado State Law C.R.S. 6-1-904 in each instance whereby making it

unlawful to make telephone solicitations to subscribers on the Colorado no-call list. C.R.S. 6-1-113 states if found guilty, the defendant may be liable in an amount equal to the sum of: (a) The greater of: $500 per instance or treble damages of 3 times the amount of actual damages sustained, if it is established by clear and convincing evidence that such person engaged in bad faith conduct; plus (b) In the case of any successful action to enforce said liability, the costs of the action together with reasonable attorney fees as determined by the court.

### THIRD CAUSE OF ACTION - TRESPASS ON THE CASE

### VICARIOUS LIABILITY

23. Paragraphs 1 through 18 of FIRST CAUSE OF ACTION are included by reference as though fully stated herein.

24. Whether the unsolicited telephone calls were placed directly by Broker Match, Inc., or an outside firm contracted by them matters not as it is just as much responsibility for the hiring entity as it is the contracted entity to ensure compliance with all applicable laws.

25. The purpose of imposing vicarious liability is to insure the costs of injuries resulting from defective actions are placed on the source of the actions and others who make the

actions possible rather than on injured persons who are powerless to protect themselves. For a defendant to be vicariously liable it must play an integral and vital part in the overall production and promotion activity so that the actor is in a position to affect others or, at the very least, it must provide a link in the chain of exposing the ultimate victim to the actor. The vicariously liable defendant must be in the business of controlling, leasing, bailing, or licensing the actors.

26. Each defendant is an agent of the other, and each has his place in the chain of exposing plaintiff James to the actors. Each defendant is vicariously liable for each instance of injury to plaintiff.

## LAW OF THE CASE

27. Exhibit "G" is incorporated by reference as though fully stated herein.

## REQUEST FOR RELIEF

28. WHEREFORE, Plaintiff prays judgment against Defendant, and each of them, as follows:

29. On 25 counts of unsolicited telephone calls:

30. For treble damages in the sum of $37,500;

31. For costs of suit incurred and attorney's fees; and

32. For interest as allowed by law;

33. For such other and further relief as the court may deem proper.

34. I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

March 11, 2016, County of Boulder, Colorado

*/s/ James A McKee*

James A McKee
Po Box 1025
Boulder, Co 80306
Telephone: 303-903-9020
email: rmtvco@gmail.com

[SEAL: JAMES A MCKEE · WISDOM STRENGTH JUSTICE · DEI GRATIA]