James A McKee
PO BOX 1025
Boulder, CO 80306
303)258-1000

Plaintiff

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 MAR 25  AM 10: 32

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLORADO

James A McKee,
    Plaintiff,

v.

Broker Match, Inc.,
    Defendant.

CASE NO. 16-CV-00594-RBJ-KMT

NOTICE OF DISMISSAL

## NOTICE OF DISMISSAL

**TO THE COURT:**

Pursuant to Fed. R. Civ. P. 41, the Plaintiff, in the capacity of Pro Se, hereby submits this Notice of Dismissal to notify the Court that the all claims in this action between Plaintiff and Defendant Broker Match, INC., have been settled and request immediate dismissal.

Respectfully submitted,

_/s/ Bill McCoy_
BROKER MATCH, INC.
c/o BILL MCCOY
DEFENDANT

_/s/ James McKee_
JAMES MCKEE
PLAINTIFF

Dated: March 24, 2016

Page 1 of 1

NOTICE OF DISMISSAL

This Settlement and Release Agreement ("Agreement") is made and entered into as of this 23rd Day of March, 2016, by and between James McKee and Broker Match, Inc.

WHEREAS, Mr. McKee has instituted an action in the United States District Court for Colorado against as captioned, James McKee v. Broker Match, Inc., Case No. 16-CV-00594 ("the Lawsuit") asserting various claims against Broker Match, Inc., including but not limited to, claims to recover money damages for multiple violations of the Federal Telephone Consumer Protection Act and Colorado No Call Law, and all claims asserted or which could have been asserted in the Lawsuit; and

WHEREAS, the parties wish to resolve and settle all of their past, present and any future claims, disputes and controversies, including but not limited to those relating to the subject matter of the Lawsuit:

NOW, THEREFORE, in consideration of the mutual promises set forth in this Agreement and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

## AGREEMENT

1. **Recitals.** The foregoing Recitals are incorporated into and constitute a part of this Agreement.
2. **No Admission of Liability.** This Agreement is entered into as an expedient and cost-effective alternative to costly litigation. The parties make no admission of liability, express or implied, by entering into this Agreement.
3. **Broker Match, Inc.'s Payment to James McKee.** Broker Match, Inc. in exchange for the releases set forth below, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, agree to pay James McKee the total amount of ~~[REDACTED]~~ ble within 21 days from the execution of this Agreement by the Parties.
4. **Releases**
    A. **Mr. McKee's Release of Broker Match, Inc.** For and in consideration of the foregoing and other good and valuable consideration, the receipt and sufficiency of which if hereby acknowledged, and upon the full execution of this Agreement, James McKee on behalf of himself, his agents, heirs, administrators, attorneys, successors and assigns, does hereby dismiss, release and hold harmless Broker Match, Inc., its stockholders, officers, directors, employees, agents, insurers, attorneys, predecessors, successors and assigns, of any from any and all matters, debts, dues, sums of money, covenants, controversies, agreements, promises, trespasses, damages, losses, expenses, costs, liabilities, obligations, claims, demands, grievances, suits, causes of action, complaints, judgments, decrees, executions of whatever kind, in law or in equity, absolute, contingent, likely or unlikely, known or unknown, which have existed from the beginning of time to the date of this Agreement, including but not limited to all claims asserted or which could have been asserted in the Lawsuit and any and all claims arising out of the Injuries, and/or the Lawsuit.
    B. **Extent of Release.** The release set forth in this Section 4 is intended to have the broadest possible application and includes, but is not limited to, any tort, contract, common law, constitutional or other statutory claims arising out of any federal,

state or local laws. The release set forth herein shall apply to the present and future officers, directors, stockholders, attorneys, agents, insurers, servants, members, representatives, employees, subsidiaries, subcontractors, contractors, affiliates, partners, family members, predecessors, and successors in interest and assigns of the parties.

5. **Costs and Expenses.** The parties shall be responsible for their respective attorneys' fees and costs and expenses incurred in this matter.
6. **Controlling Law.** This Agreement shall be governed by, and construed and enforced in accordance with, the laws of the State of Colorado. The parties hereby irrevocably consent to personal jurisdiction and venue in the United States District Court for The District of Colorado, for any and all Claims arising out of this Agreement over which that court has subject matter jurisdiction.
7. **Amendments.** This Agreement cannot be altered or otherwise amended except by written instrument signed by all of the parties hereto.
8. **Entire Agreement.** The parties acknowledge and agree that this Agreement constitutes the full, complete, and entire agreement or the parties and that there are no other representations, covenants, warranties, or other agreements binding of the parties that are not expressly set forth herein.
9. **Rule of Construction.** The parties acknowledge and agree that they have each had the opportunity to have this Agreement reviewed by counsel of their choosing. Therefore, the normal rule that ambiguities are construed against the drafter shall not apply in connection with the interpretation and construction of this Agreement.
10. **Validity of Agreement.** The parties represent and agree that the person executing this Agreement on behalf of Broker Match, Inc., has the full and complete permission and authority of the entity for which he is executing this Agreement, and have the full right and authority to commit and fully bind themselves, their representatives, agents, principals, predecessors, successors, and privies according to the provisions hereof. This Agreement is a legally valid, binding and enforceable obligation of the parties in accordance with its terms.
11. **Counterpart Signatures.** This Agreement may be executed in one or more counterparts, including by email, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

WITNESS our hands and seals as of the date set forth below.

_____         3/23/2016
By: (SEAL)                              Date
James McKee


_____         3/23/16
By: (SEAL)                              Date
Bill McCoy (for Broker Match, Inc.)

McKee v Broker Match, Inc. Release                                      2